**Dismissed and Memorandum Opinion filed August 28, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00661-CR

**SHANE POMPURA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1486285**

## M E M O R A N D U M    O P I N I O N

Appellant entered a guilty plea to theft. In accordance with the terms of a plea bargain agreement with the State, the trial court deferred adjudication of guilt and sentenced appellant to community supervision for two years. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b)